MARY P. McCURDY (SBN 116812)
BRONWEN E. LACEY (SBN 226751)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
         bronwen.lacey@mccurdylawyers.com

Attorneys for Defendant
INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT D. SEENO CONSTRUCTION CO., CATHEDRAL PROPERTIES INC., MEADOW CREEK ESTATES, INC., ALBERT D. SEENO CONSTRUCTION CO., INC., and DIABLO CONSTRUCTION CO., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA.<br><br>Defendant. | CASE NO.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

The undersigned counsel of record for Insurance Company of the State of Pennsylvania certifies that plaintiff Albert D. Seeno Construction Co., plaintiff Cathedral Properties Inc., plaintiff Meadow Creek Estates, Inc., plaintiff Albert D. Seeno Construction Co., Inc., plaintiff Diablo Construction Co., Inc., and defendant Insurance Company of the State of Pennsylvania and its parent company, American International Group, Inc., may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

26842                                          - 1 -

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

| | |
|---|---|
| Dated: January 31, 2008 | McCURDY & FULLER LLP |
| | *(signature)* |
| | MARY P. McCURDY |
| | Attorneys for Defendant |
| | INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA |

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 40
Menlo Park, CA 94025
(650) 618-3500

26842

- 2 -

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**