1  MARY P. McCURDY (SBN 116812)
   McCURDY & FULLER LLP
2  4300 Bohannon Drive, Suite 240
   Menlo Park, CA 94025
3  Telephone: (650) 618-3500
   Facsimile: (650) 618-3599
4  E-mail: mary.mccurdy@mccurdylawyers.com

5  Attorneys for Defendant
   INSURANCE COMPANY OF THE STATE OF
6  PENNSYLVANIA

7

8                UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 

| ALBERT D. SEENO CONSTRUCTION CO., CATHEDRAL PROPERTIES INC., MEADOW CREEK ESTATES, INC., ALBERT D. SEENO CONSTRUCTION CO., INC., and DIABLO CONSTRUCTION CO., INC., | CASE NO. C 08-00774 MEJ |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA. | |
| Defendant. | |

26854

- 1 -

**PROOF OF SERVICE**

**PROOF OF SERVICE**

*Albert D. Seeno Construction Co., et al. v. Insurance Company of the State of Pennsylvania*
**United States District Court for the Northern District of California San Francisco Division
C 08-00774 MEJ**

I am a citizen of the United States. My business address is 4300 Bohannon Drive, Suite 240, Menlo Park, California 94025. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**SEE ATTACHED LIST OF DOCUMENTS**

Addressed to the following recipients:

Robert L. Sallander, Jr., Esq.
Greenan, Peffer, Sallander & Lally LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA  94583-0010
Fax: (925) 830-8787
(***Attorneys for Plaintiffs***)

____ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

____ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand on this date to the offices of the addressee by 5:00 p.m.

__X__ (BY MAIL) I caused such envelope(s) with postage paid thereon fully prepaid to be placed in the United States mail at Menlo Park, California.

__X__ (Federal) I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 4, 2008 at Menlo Park, California

*/Danielle Torres/*
Danielle Torres

26854

- 2 -
**PROOF OF SERVICE**

## LIST OF DOCUMENTS

U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (CASE MANAGEMENT STANDING ORDER MAGISTRATE JUDGE MARIA-ELENA JAMES, STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASES ASSIGNED OR REFERRED TO MAG. JUDGE MARIA-ELENA JAMES, NOTICE OF TRIAL ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE AND ORDER TO FILE CONSENT/REQUEST FOR REASSIGNMENT FORM, CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT)

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL (CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRCIT JUDGE)

WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO (DROP BOX FILING PROCEDURES)

26854

- 3 -

**PROOF OF SERVICE**