Robert L. Sallander, Jr., SBN 118352
Greenan, Peffer, Sallander & Lally LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA 94583-0010
Telephone: 925-866-1000
Facsimile: 925-830-8787

Attorneys for plaintiffs Albert D. Seeno Construction Co., Cathedral Properties Inc., Meadow Creek Estates, Inc., Albert D. Seeno Construction Co., Inc., and Diablo Construction Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Albert D. Seeno Construction Co., Cathedral Properties Inc., Meadow Creek Estates, Inc., Albert D. Seeno Construction Co., Inc., and Diablo Construction Co., Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Insurance Company of the State of Pennsylvania, <br><br> Defendant. | Case No. C 08-00774 MEJ <br><br> **STIPULATION AND** ~~PROPOSED~~ **ORDER REGARDING CASE MANAGEMENT** |

Plaintiffs Albert D. Seeno Construction Co., Cathedral Properties Inc., Meadow Creek Estates, Inc., Albert D. Seeno Construction Co., Inc., and Diablo Construction Co., Inc., and Defendant Insurance Company of the State of Pennsylvania hereby stipulate as follows:

1. The parties have agreed in principle to a settlement of their dispute. This settlement anticipates an accounting of expenses incurred by or on behalf of plaintiffs. This accounting will then be used to determine the amount paid by defendant under the settlement. That accounting is ongoing and the parties anticipate it may well take some more time. After that accounting is complete, the settlement payment amount will be determined, the settlement can be documented, and this action can be dismissed.

2. At the present there are many pending Court-imposed deadlines for this case.

STIPULATION AND PROPOSED ORDER REGARDING CASE MANAGEMENT Case No. CGC-07-469256

1  April 17, 2008 is the last day to file an ADR certificate. May 1, 2008 is the last day to file
2  materials including the Rule 26(f) report. May 8, 2008 is the Case Management Conference.
3  Given the current posture of this case, it appears that there will be no need for any of this
4  activity, and the parties should instead be allowed to devote their energies to finalizing their
5  settlement. Therefore, the parties stipulate that these dates shall be vacated, subject to being
6  reset by the Court if request for dismissal is not filed by July 17, 2008.
7  It is so stipulated.
8  Dated: April 17, 2008
9
10                                                    By: _____/s/_____
11                                                        Robert L. Sallander, Jr., attorneys for plaintiffs
12
13  Dated: April 17, 2008
14
15                                                    By: _____/s/_____
16                                                        Mary McCurdy, attorneys for defendant
17                                **ORDER**
18      **IT IS HEREBY ORDERED THAT** the following deadlines are vacated: April 17,
19  2008, the last day to file an ADR certificate; May 1, 2008, the last day to file materials including
20  the Rule 26(f) report; May 8, 2008 the Case Management Conference. If request for dismissal is
21  not filed by July 17, 2008, then the Court shall set new deadlines for these events.
22  Dated: April ~~17~~, 2008
23          23
24                                                    By: _____
25                                                        Magistrate Judge Maria-Elena James
26
27
28

STIPULATION AND PROPOSED ORDER REGARDING CASE MANAGEMENT Case No. CGC-07-469256