IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALBERT D. SEENO CONSTRUCTION COMPANY, et al.,

        Plaintiff(s),

vs.

INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

        Defendant(s).
                                              /

No. C 08-0774 MEJ

**ORDER FOR PARTIES TO FILE JOINT STATUS STATEMENT**

On April 23, 2008, based on the parties' stipulated request, the Court vacated all pending case management deadlines in the above-captioned matter so the parties could continue settlement negotiations. Since that time, no further docket activity has taken place. Accordingly, the Court hereby ORDERS the parties to file a joint status statement by January 28, 2009.

**IT IS SO ORDERED.**

Dated: January 12, 2009

                                                  MARIA-ELENA JAMES
                                                  United States Magistrate Judge