Robert L. Sallander, Jr., SBN 118352
rsallander@gpsllp.com
Greenan, Peffer, Sallander & Lally LLP
P.O. Box 10
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA 94583-0010
Phone: (925) 866-1000
Fax: (925) 830-8787

Attorneys for plaintiffs Albert D. Seeno
Construction Co.; Cathedral Properties, Inc.;
Meadow Creek Estates, Inc.; Albert D. Seeno
Construction Co., Inc.; Seeway Family Home
Builders, Inc.; West Coast Home Builders, Inc. and
Diablo Construction Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Albert D. Seeno Construction Co.; Cathedral Properties, Inc.; Meadow Creek Estates, Inc.; Albert D. Seeno Construction Co., Inc.; Seeway Family Home Builders, Inc.; West Coast Home Builders, Inc. and Diablo Construction Co., Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>Insurance Company of the State of Pennsylvania,<br>Defendant, | Case No. 3:08-cv-00774-MEJ<br><br>JOINT STATUS STATEMENT, STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL<br><br>ORDER CLOSING FILE |

Pursuant to the Court's Order that the parties provide a Joint Status Statement, the parties hereto **REPORT** and **STIPULATE** that

1) they have settled this action, according to the terms of their settlement,

2) each party has fully complied to date with all of the obligations imposed by their settlement, and

3) this case is now ripe for dismissal pursuant to the terms of their settlement,

1

with each party to bear its own costs.

Dated: January 12, 2009

By: /s/ *(signature)* for
Robert Sallander, Jr., attorney for plaintiffs

Dated: January 12, 2009

By: /s/ *(signature)*
Mary McCurdy, attorney for plaintiffs

## ORDER

Pursuant to the parties' stipulation, it is HEREBY ORDERED that this action is now dismissed pursuant to the terms their settlement, with each party to bear its own costs.

**IT IS SO ORDERED**

Dated: January 14, 2009

By: /s/ *(signature)*
Hon. Maria-Elena James, Magistrate Judge of the United States District Court

---

2

JOINT STATUS REPORT AND STIPULATION AND (PROPOSED) DISMISSAL    No. 3:08-cv-00774-MEJ